# Court of Appeals
# of the State of Georgia

ATLANTA, January 07, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0923. SPENCER THOMAS TYNAN v. TIFFANY JOY TYNAN.

In March 2025, the trial court entered a final judgment and decree of divorce dissolving the marriage of Spencer Thomas Tynan (the "husband") and Tiffany Joy Tynan. The husband then filed a notice of appeal. This Court, however, lacks jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, the husband failed to file an application for discretionary appeal, and thus, we do not have jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/07/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*